UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOSEPH V. FOSTER, JR. (#75808)

VERSUS

WILLIE GRAVES, ET AL.

CIVIL ACTION

NO. 09-657-JJB-CN

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated August 10, 2010 (doc. no. 30). The plaintiff has filed an objection to the report and has been duly considered by the court.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.  Accordingly, the defendants' Motions to Dismiss, (doc. nos. 25, 26, 27 and 29) are GRANTED, and the plaintiff's action is DISMISSED, with prejudice, for failure to state a claim upon which relief may be granted.

Baton Rouge, Louisiana, this 16th day of September, 2010.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA